# United States District Court

_____ DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, HEIDI SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MD, a minor<br><br>v.<br><br>DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO and JANE DOE | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:  06 - 359 |

**TO:** (Name and address of defendant)

The Honorable Carl C. Danberg, Attorney General, or
Lawrence W. Lewis, Esquire, State Solicitor, or
Malcolm S. Cobin, Esquire, Chief Deputy Attorney General
Department of Justice, State Office Building
820 N. French Street
Wilmington, DE 19801
in accordance with 10 Del.C.§ 3103(c)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____
CLERK

DATE 5/30/06

(BY) DEPUTY CLERK
*Monica Mosley* (signature)

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>5/31/06 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: THE HONORABLE CARL C. DANBERG, ATTORNEY GENERAL AT 820 N. FRENCH ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY KEITH BRADY.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/31/06
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.