# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, ) <br> MIRIAM ROCEK, HANNAH ) <br> SHAFFER, HEIDI SCHAFFER, ) <br> and MARLENE DEVONSHIRE, ) <br> as the Natural Guardian of MD, ) <br> a minor ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DELAWARE STATE POLICE ) <br> SERGEANT MARK DIJIACOMO ) <br> and JANE DOE ) <br> ) <br>     Defendants. ) | C. A. No. 06-359-GMS |

## ENTRY OF APPEARANCE

Please enter the appearance of undersigned counsel on behalf of Delaware State Police Sergeant Mark DiJiacomo in the above captioned matter.

                                                        /s/ Ralph K. Durstein III
                                                     Ralph K. Durstein III (ID# 912)
                                                     Deputy Attorney General
                                                     Department of Justice
                                                   State of Delaware
                                                   820 N. French Street
                                                   Wilmington, DE 19801
                                                   (302)577-8510

Dated: June 16, 2006

# CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on June 16, 2006, I electronically filed an Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess, P.A.
P.O. Box 1070
Wilmington, DE 19899-1070

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

                                              /s/ Ralph K. Durstein III
                                            Ralph K. Durstein III, I.D. #912
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 N. French Street, 6th Floor
                                            Wilmington, DE 19801
                                            (302) 577-8510
                                            Attorney for Defendant
                                            Delaware State Police Sergeant
                                            Mark DiJiacomo