IN THE·UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY GALPERIN, MIRIAM ROCEK,<br>HANNAH SHAFFER, HEIDI SHAFFER,<br>and MARLENE DEVONSHIRE, as the<br>Natural Guardian of MD, a minor,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DELAWARE STATE POLICE<br>SERGEANT MARK DIJIACOMO, and<br>JANE DOE,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　C.A. No. 06-359-GMS<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Gordon A. Einhorn to represent Plaintiffs Stacey Galperin, Miriam Rocek, Hannah Shaffer, Heidi Shaffer and Marlene Devonshire, as the Natural Guardian of MD, a minor, in this matter.

Dated:  July 21, 2006

ROSENTHAL, MONHAIT & GODDESS, P.A.

By _____

　　　Norman M. Monhait (ID No. 1040)
　　　919 Market Street, Suite 1401
　　　P.O. Box 1040
　　　Wilmington, DE  19899
　　　(302) 656-4433
　　　(302) 658-7567 - facsimile
　　　*Attorneys for Plaintiff*

IT IS HEREBY ORDERED THAT counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: July 12, 2006

Signed: _____

Gordon A. Einhorn
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1004
(717) 364-1020 – facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2006, a copy of **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served, by electronic filing, upon:

Ralph K. Durstein III
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE  19801


Norman M. Monhait (#1040)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STACY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, HEIDI SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MD, a minor, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-359-GMS |
| DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, and JANE DOE, | ) ) ) ) | |
| Defendants. | | |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Gordon A. Einhorn to represent Plaintiffs Stacey Galperin, Miriam Rocek, Hannah Shaffer, Heidi Shaffer and Marlene Devonshire, as the Natural Guardian of MD, a minor, in this matter.

Dated: July 21, 2006

ROSENTHAL, MONHAIT & GODDESS, P.A.

By _____

Norman M. Monhait (ID No. 1040)
919 Market Street, Suite 1401
P.O. Box 1040
Wilmington, DE 19899
(302) 656-4433
(302) 658-7567 - facsimile
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED THAT counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STACY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, HEIDI SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MD, a minor, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-359-GMS |
| DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, and JANE DOE, | ) ) ) ) | |
| Defendants. | | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Paul W. Kaufman to represent Plaintiffs Stacey Galperin, Miriam Rocek, Hannah

Shaffer, Heidi Shaffer and Marlene Devonshire, as the Natural Guardian of MD, a minor, in this

matter.

Dated: July 21, 2006

ROSENTHAL, MONHAIT & GODDESS, P.A.

By _____

Norman M. Monhait (ID No. 1040)
919 Market Street, Suite 1401
P.O. Box 1040
Wilmington, DE 19899
(302) 656-4433
(302) 658-7567 - facsimile
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED THAT counsel's motion for admission pro hac vice is
granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated:  July 20, 2006                    Signed:

Paul W. Kaufman
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-7062
(215) 568-0300 – facsimile

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2006, a copy of **MOTION**

**AND ORDER FOR ADMISSION PRO HAC VICE** was served, by electronic filing, upon:

Ralph K. Durstein III
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801


Norman M. Monhait (#1040)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY GALPERIN, MIRIAM ROCEK, ) <br> HANNAH SHAFFER, HEIDI SHAFFER, ) <br> and MARLENE DEVONSHIRE, as the ) <br> Natural Guardian of MD, a minor, ) <br> ) <br>          Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DELAWARE STATE POLICE ) <br> SERGEANT MARK DIJIACOMO, and ) <br> JANE DOE, ) | C.A. No. 06-359-GMS |

Defendants.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Paul W. Kaufman to represent Plaintiffs Stacey Galperin, Miriam Rocek, Hannah

Shaffer, Heidi Shaffer and Marlene Devonshire, as the Natural Guardian of MD, a minor, in this

matter.

Dated:  July 21, 2006

               ROSENTHAL, MONHAIT & GODDESS, P.A.

By                      

            Norman M. Monhait (ID No. 1040)
            919 Market Street, Suite 1401
            P.O. Box 1040
            Wilmington, DE  19899
            (302) 656-4433
            (302) 658-7567 - facsimile
            *Attorneys for Plaintiff*

IT IS HEREBY ORDERED THAT counsel's motion for admission pro hac vice is

granted.

Date: _____      _____

                        United States District Judge