IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, HEIDI SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MD, a minor,<br><br>        Plaintiffs,<br><br>v.<br><br>DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, and JANE DOE,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-359-GMS<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Paul W. Kaufman to represent Plaintiffs Stacey Galperin, Miriam Rocek, Hannah Shaffer, Heidi Shaffer and Marlene Devonshire, as the Natural Guardian of MD, a minor, in this matter.

Dated: July 21, 2006

ROSENTHAL, MONHAIT & GODDESS, P.A.

By _____
Norman M. Monhait (ID No. 1040)
919 Market Street, Suite 1401
P.O. Box 1040
Wilmington, DE 19899
(302) 656-4433
(302) 658-7567 - facsimile
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED THAT counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: July 20, 2006                    Signed: _____
                                                        Paul W. Kaufman
                                                        HANGLEY ARONCHICK SEGAL & PUDLIN
                                                        One Logan Square, 27th Floor
                                                        Philadelphia, PA 19103
                                                        (215) 568-7062
                                                        (215) 568-0300 – facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2006, a copy of **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served, by electronic filing, upon:

Ralph K. Durstein III
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE  19801

_____
Norman M. Monhait (#1040)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY GALPERIN, MIRIAM ROCEK,<br>HANNAH SHAFFER, HEIDI SHAFFER,<br>and MARLENE DEVONSHIRE, as the<br>Natural Guardian of MD, a minor,<br><br>     Plaintiffs,<br><br>  v.<br><br>DELAWARE STATE POLICE<br>SERGEANT MARK DIJIACOMO, and<br>JANE DOE,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-359-GMS<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Paul W. Kaufman to represent Plaintiffs Stacey Galperin, Miriam Rocek, Hannah Shaffer, Heidi Shaffer and Marlene Devonshire, as the Natural Guardian of MD, a minor, in this matter.

Dated: July 21, 2006

                 ROSENTHAL, MONHAIT & GODDESS, P.A.

                 By _____
                 Norman M. Monhait (ID No. 1040)
                 919 Market Street, Suite 1401
                 P.O. Box 1040
                 Wilmington, DE 19899
                 (302) 656-4433
                 (302) 658-7567 - facsimile
                 *Attorneys for Plaintiff*

  IT IS HEREBY ORDERED THAT counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                      United States District Judge