IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
STACEY GALPERIN, MIRIAM ROCEK, :
HANNAH SHAFFER, HEIDI SHAFFER, :
and MARLENE DEVONSHIRE, as the :
Natural Guardian of MEGHAN DEVONSHIRE:
:
      Plaintiffs, :
v. : Civil Action No. 06-359 (GMS)
:
DELAWARE STATE POLICE :
SERGEANT MARK DIJIACOMO, and :
JANE DOE, :
:
      Defendants. :
---------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 23rd day of August, 2006, a copy of this

**Notice Of Service** was served, by electronic filing, upon:

      Ralph K. Durstein III, Esquire
      Deputy Attorney General
      Carvel State Office Building
      820 N. French Street, 6th Floor
      Wilmington, Delaware 19801

and **TAKE FURTHER NOTICE** that on the 22nd day of August, 2006, a copy of **Plaintiffs'**

**Rule 26(a)(1)(A) Initial Disclosures** was served, by first class mail, postage prepaid, upon:

      Ralph K. Durstein III, Esquire
      Deputy Attorney General
      Carvel State Office Building
      820 N. French Street, 6th Floor
      Wilmington, Delaware 19801

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
  Email: nmonhait@rmgglaw.com

HANGLEY ARONCHICK SEGAL & PUDLIN
Gordon A. Einhorn (Admitted *pro hac vice*)
Paul W. Kaufman (Admitted *pro hac vice*)
30 N. Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1004
   Attorneys for Plaintiffs

OF COUNSEL:

AMERICAN CIVIL LIBERTIES UNION
  OF PENNSYLVANIA
Mary Catherine Roper (Pro Hac Vice Pending)
P.O. Box 40008
Philadelphia, PA 19106

Witold Walczak
313 Atwood Street
Pittsburgh, PA 15213

Seith Kreiner
3400 Chestnut Street
Philadelphia, PA 19104

AMERICAN CIVIL LIBERTIES UNION
  OF DELAWARE
Julia Graff (#4708)
100 W. 10th Street, Suite 309
Wilmington, Delaware 19801

August 23, 2006