IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STACY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, HEIDI SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MD, a minor, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-359 (GMS) |
| DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, and JANE DOE, | ) ) ) ) | |
| Defendants. | | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mary Catherine Roper to represent Plaintiffs Stacey Galperin, Miriam Rocek, Hannah Shaffer, Heidi Shaffer and Marlene Devonshire, as the Natural Guardian of MD, a minor, in this matter.

Dated: August 28, 2006

ROSENTHAL, MONHAIT & GODDESS, P.A.

By _____
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
P.O. Box 1040
Wilmington, DE  19899
(302) 656-4433
(302) 658-7567 - facsimile
*Attorneys for Plaintiffs*

**IT IS HEREBY ORDERED** that counsel's motion for admission pro hac vice for Mary Catherine Roper is granted.

Date: _____       _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: August 25, 2006

Mary Catherine Roper
ACLU of PA Eastern Regional Office
P.O. Box 40008
Philadelphia, PA 19106
(215) 592-1513
(215) 592-1343 -- facsimile
mroper@aclupa.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of August, 2006, a copy of **Motion And Order For Admission** *Pro Hac Vice* was served, by electronic filing, upon:

>Ralph K. Durstein III, Esquire
>Deputy Attorney General
>Carvel State Office Building
>820 North French Street, 6th Floor
>Wilmington, Delaware 19801

_____
Norman M. Monhait (#1040)