IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, HEIDI SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MEGHAN DEVONSHIRE, a minor | : : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No.: 06-359 (GMS) |
| DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, and JANE DOE | : JURY TRIAL DEMANDED : : |
| Defendants. | : : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on September 14, 2006, he caused a copy of this Notice to be electronically filed and a copy of this Notice and Plaintiff's First Set of Document Requests to be served by hand upon:

      Ralph K. Durstein III, ID #912
      Deputy Attorney General
      Carvel State Office Building
      820 N. French St., 6th Floor
      Wilmington, DE 19801

      ROSENTHAL, MONHAIT & GODDESS, P.A.

By:  */s/ Norman M. Monhait*
      Norman M. Monhait (Del. Bar No. 1040)
      919 N. Market Street, Suite 1401
      P.O. Box 1070
      Wilmington, DE 19899
      (302) 656-4433

      *Attorneys for Plaintiffs*