IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, HEIDI SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MEGHAN DEVONSHIRE, a minor<br><br>Plaintiffs,<br><br>v.<br><br>DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, and JANE DOE<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No.: 06-359 (GMS)<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>: |

## STIPULATION AND ORDER

WHEREAS the Scheduling Order issued by the Court on September 11, 2006 requires that all motions to join additional parties and amend the pleadings be filed on or before October 31, 2006; and

WHEREAS the parties have not yet been able to identify the Jane Doe defendant, despite diligent efforts to do so; and

WHEREAS it has recently been revealed that there is a second Jane Doe defendant whose identity is unknown;

Plaintiffs and Defendant DiJiacomo, through their respective counsel, hereby stipulate and agree, subject to the Court's approval, that the time within which pleadings shall be amended shall be extended to and including December 15, 2006. This is the first request for an extension of time.

Dated: October 19, 2006

ROSENTHAL, MONHAIT, & GODDESS, P.A.

By _/s/ Norman M. Monhait_
Norman M. Monhait (Attorney ID No. 1040)
919 Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
(302) 658-7567 - facsimile

HANGLEY ARONCHICK SEGAL & PUDLIN
Gordon A. Einhorn (Admitted Pro Hac Vice)
Paul W. Kaufman (Admitted Pro Hac Vice)
30 North Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1004
(717) 364-1020 – facsimile

STATE OF DELAWARE DEPARTMENT OF JUSTICE

By _/s/ Ralph K. Durstein III_

Dated: OCTOBER 19, 2006

Ralph K. Durstein III, Esq. (No. 912)
Deputy Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

APPROVED, this _____ day of _____, 2006.

_____
Gregory M. Sleet, J.

Dated: October 19, 2006

ROSENTHAL, MONHAIT, & GODDESS, P.A.

By _/s/ Norman M. Monhait_
Norman M. Monhait (Attorney ID No. 1040)
919 Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
(302) 658-7567 - facsimile

HANGLEY ARONCHICK SEGAL & PUDLIN
Gordon A. Einhorn (Admitted Pro Hac Vice)
Paul W. Kaufman (Admitted Pro Hac Vice)
30 North Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1004
(717) 364-1020 – facsimile

STATE OF DELAWARE DEPARTMENT OF JUSTICE

By _/s/ Ralph K. Durstein III_

Dated: OCTOBER 19, 2006

Ralph K. Durstein III, Esq. (No. 912)
Deputy Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

APPROVED, this _____ day of _____, 2006.

_____
Gregory M. Sleet, J.