ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

October 20, 2006

**Via Electronic Filing and Hand Delivery**

The Honorable Gregory Sleet
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

    Re:  Galperin et al. v. DiJiacomo et al.,
            United States District Court for the District of
            Delaware, no. 06-cv-359 (GMS)

Dear Judge Sleet:

    I enclose for the Court's consideration a proposed stipulation among plaintiffs and defendant DiJiacomo to extend the deadline for amendment of pleadings.

    At the scheduling conference, counsel discussed the fact that the Complaint names a Doe defendant whose identity would have to be ascertained through discovery which the parties believed could be accomplished by the October 31, 2006 date for amendment of the pleadings and joinder of additional parties set in the Scheduling Order of September 11, 2006. In the time since the Scheduling Order was issued, the parties have diligently conducted discovery. Plaintiffs have issued numerous documentary and deposition subpoenas to entities and individuals related to the event from which Plaintiffs were removed. However, neither Sgt. DiJiacomo nor the intial subpoena receipients has been able to provide the identity of the Jane Doe defendant. Documentary discovery has revealed the more direct involvement of additional entities from whom information

The Honorable Gregory Sleet
October 20, 2006
Page 2

Doe defendant. Documentary discovery has revealed the more direct involvement of additional entities from whom information can be acquired, and a second round of subpoenas has been issued, but even if the recipients know the identity of Jane Doe, due to scheduling and service difficulties, these subpoenas are not likely to produce sufficient identifying information until after October 31st.

In addition, at her deposition, the Barnes & Noble store's Community Relations Manager and the corporate designee for Barnes & Noble, Ms. Winnington, testified that two women consulted with Sgt. DiJiacomo before he removed Plaintiffs from the store, not one, as had been previously believed. This information requires the parties to attempt to identify an additional Jane Doe defendant.

Accordingly, Plaintiffs and Defendant DiJiacomo respectfully request that the Court extend the deadline for amending pleadings and joining additional defendants for forty-five days, to and including December 15, 2006. We do not anticipate that such an extension would require amendment of any other portion of the Court's schedule and we believe that discovery will be completed on time, by February 28, 2007.

Respectfully,

Norman M. Monhait (DSBA # 1040)

Enclosure

Cc: Ralph K. Durstein, III, Esquire
    Gordon Einhorn, Esquire
    Paul W. Kaufman, Esquire
    Mary Catherine Roper, Esquire