IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
STACEY GALPERIN, MIRIAM ROCEK,           :
HANNAH SHAFFER, HEIDI SHAFFER,           :
and MARLENE DEVONSHIRE, as the           :
Natural Guardian of MEGHAN DEVONSHIRE    :
                                         :
        Plaintiffs,                      :
    v.                                   :   Civil Action No. 06-359 (GMS)
                                         :
DELAWARE STATE POLICE                    :
SERGEANT MARK DIJIACOMO, and             :   JURY TRIAL DEMANDED
JANE DOE,                                :
                                         :
        Defendants.                      :
---------------------------------------------------------------x

**RENOTICE OF TAKING DEPOSITION OF INTERCOLLEGIATE STUDIES INSTITUTE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

TO:     Ralph K. Durstein III, Esquire        Seth J. Reidenberg, Esquire
        Deputy Attorney General               Young Conaway Stargatt & Taylor, LLP
        Carvel State Office Building          1000 West Street, 17th Floor
        820 N. French Street, 6th Floor       P.O. Box 391
        Wilmington, Delaware 19801            Wilmington, DE 19899-0391

**PLEASE TAKE NOTICE** that plaintiffs will take the deposition upon oral examination of Intercollegiate Studies Institute, Inc. ("ISI") on November 6, 2006 at 9:30 a.m., at the offices of Rosenthal Monhait & Goddess, P.A., 919 Market Street, Suite 1401, Citizens Bank Center, Wilmington, Delaware 19899, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths. Testimony shall be recorded by stenographic means.

The deposition shall continue from day to day until completed. You are invited to attend and participate.

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
 Email: nmonhait@rmgglaw.com

HANGLEY ARONCHICK SEGAL & PUDLIN
Gordon A. Einhorn (Admitted *pro hac vice*)
Paul W. Kaufman (Admitted *pro hac vice*)
30 N. Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1004
  Attorneys for Plaintiffs

OF COUNSEL:

AMERICAN CIVIL LIBERTIES UNION
 OF PENNSYLVANIA
Mary Catherine Roper (Pro Hac Vice Pending)
P.O. Box 40008
Philadelphia, PA 19106

Witold Walczak
313 Atwood Street
Pittsburgh, PA 15213

Seith Kreiner
3400 Chestnut Street
Philadelphia, PA 19104

AMERICAN CIVIL LIBERTIES UNION
 OF DELAWARE
Julia Graff (#4708)
100 W. 10th Street, Suite 309
Wilmington, Delaware 19801

October 25, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of October, 2006, a copy of, RE: **Notice Of Taking Deposition Of Intercollegiate Studies Institute, Inc. Pursuant To Federal Rule Of Civil Procedure 30(b)(6)** was served, by electronic filing, upon:

>Ralph K. Durstein III, Esquire
>Deputy Attorney General
>Carvel State Office Building
>820 N. French Street, 6th Floor
>Wilmington, Delaware 19801

and by facsimile upon:

>Seth J. Reidenberg, Esquire
>Young Conaway Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Fax: 302-576-3442

_____
Norman M. Monhait (#1040)