## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, HEIDI SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MD, a minor | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C. A. No. 06-359-GMS ) |
| DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO and JANE DOE | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION

TO:  Norman M. Monhait
 Rosenthal, Monhait, Gross, & Goddess, P.A.
 919 Market Street, Ste. 1401
 P.O. Box 1070
 Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Miriam Rocek on Wednesday, December 20, 2006 at 10:00 a.m. in the offices of the Attorney General located at the Carvel State Building, 820 N. French Street, 6th floor, Wilmington, DE 19801.  The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be rendered stenographically.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ralph K. Durstein, III
Ralph K. Durstein, III  #912
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for Defendant Delaware State
Police Sergeant Mark DiJiacomo

Date:  December 15, 2006
Cc:  Wilcox & Fetzer (via facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, <br> MIRIAM ROCEK, HANNAH <br> SHAFFER, HEIDI SHAFFER, <br> and MARLENE DEVONSHIRE, <br> as the Natural Guardian of MD, <br> a minor <br><br>             Plaintiffs, <br><br>             v. <br><br> DELAWARE STATE POLICE <br> SERGEANT MARK DIJIACOMO <br> and JANE DOE <br><br>             Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     C. A. No. 06-359-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on December 15, 2006, he caused the attached Notice of Deposition to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Norman M. Monhait
Rosethal, Monhait, Gross, & Goddess, P.A.
919 Martket Street, Ste. 1401
P.O. Box 1070
Wilmington, DE 19899

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/ Ralph K. Durstein, III
                                                Ralph K. Durstein, III  #912
                                                Deputy Attorney General
                                                Carvel State Building
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE  19801
                                                (302) 577-8400
                                                Attorney for Defendant Delaware State
                                                Police Sergeant Mark DiJiacomo