IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, ) <br> MIRIAM ROCEK, HANNAH ) <br> SHAFFER, HEIDI SHAFFER, ) <br> and MARLENE DEVONSHIRE, ) <br> as the Natural Guardian of MD, ) <br> a minor ) <br> ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DELAWARE STATE POLICE ) <br> SERGEANT MARK DIJIACOMO ) <br> and JANE DOE ) <br> ) <br>       Defendants. ) | C. A. No. 06-359-GMS |

**NOTICE OF DEPOSITION**

TO:    Norman M. Monhait
          Rosenthal, Monhait, Gross, & Goddess, P.A.
          919 Market Street, Ste. 1401
          P.O. Box 1070
          Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Hannah Shaffer on Wednesday, December 20, 2006 at 2:00 p.m. in the offices of the Attorney General located at the Carvel State Building, 820 N. French Street, 6th floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be rendered stenographically.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

<u>/s/ Ralph K. Durstein, III</u>
Ralph K. Durstein, III  #912
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for Defendant Delaware State
Police Sergeant Mark DiJiacomo

Date:  December 15, 2006
Cc:  Wilcox & Fetzer (via facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, <br> MIRIAM ROCEK, HANNAH <br> SHAFFER, HEIDI SHAFFER, <br> and MARLENE DEVONSHIRE, <br> as the Natural Guardian of MD, <br> a minor <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE STATE POLICE <br> SERGEANT MARK DIJIACOMO <br> and JANE DOE <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 06-359-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on December 15, 2006, he caused the attached Notice of Deposition to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Norman M. Monhait
Rosethal, Monhait, Gross, & Goddess, P.A.
919 Martket Street, Ste. 1401
P.O. Box 1070
Wilmington, DE 19899

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Ralph K. Durstein, III
        Ralph K. Durstein, III  #912
        Deputy Attorney General
        Carvel State Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendant Delaware State
        Police Sergeant Mark DiJiacomo