AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

**SUMMONS IN A CIVIL CASE**

STACEY GALPERIN, et al.

V.    CASE NUMBER:    06-359 (GMS)

DELAWARE STATE POLICE
SERGEANT MARK DIJIACOMO, BECKY
BARRETT-TOOMEY, and ELLEN MELROSE

TO: (Name and address of defendant)

Ellen Melrose
1452 Beechwood Boulevard
Pittsburgh, PA 15217

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY(name and address)

Norman M. Monhait, Esquire (#1040)
Rosenthal, Monhait, & Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    12/15/06
_____          _____
CLERK                                                       DATE

          Beth Denia
_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | January 16, 2007 |
| NAME OF SERVER (PRINT) Sara J. Rose | TITLE Staff Attorney |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __Bill Melrose__

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/16/07__
Date

Signature of Server

__313 Atwood St., Pittsburgh, PA 15213__
Address of Server