IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
STACEY GALPERIN, MIRIAM ROCEK, :
HANNAH SHAFFER, HEIDI SHAFFER, :
and MARLENE DEVONSHIRE, as the :
Natural Guardian of MEGHAN :
DEVONSHIRE, :
 :
        Plaintiffs, :
v. : Civil Action No. 06-359 (GMS)
 :
DELAWARE STATE POLICE :
SERGEANT MARK DIJIACOMO, BECKY : JURY TRIAL DEMANDED
BARRETT-TOOMEY, and ELLEN :
MELROSE, :
 :
        Defendants. :
---------------------------------------------------------x

## NOTICE OF SERVICE

    **PLEASE TAKE NOTICE** that on the 30th day of January, 2007, a copy of **Plaintiffs' First Set Of Discovery Requests To Defendant Ellen Melrose** was served electronically and by first class mail, upon:

    Ralph K. Durstein III, Esquire    Mary Jo Miller, Esquire
    Deputy Attorney General    814 Reynolds Street
    Carvel State Office Building    Pittsburgh, PA 15208
    820 N. French Street, 6th Floor
    Wilmington, Delaware 19801

and **TAKE FURTHER NOTICE** that on the 31st day of January, 2007, a copy of this **Notice Of Service** was served, by electronic filing, upon:

    Ralph K. Durstein III, Esquire
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, Delaware 19801

and by first class mail, upon:

        Mary Jo Miller, Esquire
        814 Reynolds Street
        Pittsburgh, PA 15208

        ROSENTHAL MONHAIT & GODDESS, P.A.

        By: /s/ Norman M. Monhait
        Norman M. Monhait (#1040)
        919 Market Street, Suite 1401
        P.O. Box 1070
        Wilmington, Delaware 19899-1070
        (302) 656-4433

        HANGLEY ARONCHICK SEGAL & PUDLIN
        Gordon A. Einhorn (Admitted *pro hac vice*)
        Paul W. Kaufman (Admitted *pro hac vice*)
        30 N. Third Street, Suite 700
        Harrisburg, PA 17101
        (717) 364-1004

OF COUNSEL:         Attorneys for Plaintiffs

AMERICAN CIVIL LIBERTIES UNION
  OF PENNSYLVANIA
Mary Catherine Roper (Pro Hac Vice Pending)
P.O. Box 40008
Philadelphia, PA 19106

Witold Walczak
313 Atwood Street
Pittsburgh, PA 15213

Seith Kreiner
3400 Chestnut Street
Philadelphia, PA 19104

AMERICAN CIVIL LIBERTIES UNION
  OF DELAWARE
Julia Graff (#4708)
100 W. 10th Street, Suite 309
Wilmington, Delaware 19801

January 31, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of January, 2007, a copy of the

**Notice Of Service To Plaintiffs' First Set Of Discovery Requests To Defendant Ellen Melrose** was served, by electronic filing, upon:

> Ralph K. Durstein III, Esquire
> Deputy Attorney General
> Carvel State Office Building
> 820 N. French Street, 6th Floor
> Wilmington, Delaware 19801

and by first class mail, upon:

> Mary Jo Miller, Esquire
> 814 Reynolds Street
> Pittsburgh, PA 15208

*/s/ Norman M. Monhait*
Norman M. Monhait (#1040)
ROSENTHAL MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com