IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, et al., | : |
|              Plaintiffs, | : |
| v. | :   Civil Action No. 06-359-GMS |
| DELAWARE STATE POLICE, et al., | : |
|              Defendants. | : |

## ORDER

At Wilmington this **31st** day of **January, 2007**,

As a result of a teleconference on January 31, 2007 with counsel including "company" counsel for the added defendants,

IT IS ORDERED that the mediation of June 5, 2007 shall remain as scheduled. Norman Monhait, Esquire shall keep the Magistrate Judge advised of the status, specifically, the schedule for this case, as discussed during the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                  /s/ Mary Pat Thynge
                                  UNITED STATES MAGISTRATE JUDGE