JAN 3 0 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

**SUMMONS IN A CIVIL CASE**

STACEY GALPERIN, et al.

V.

CASE NUMBER:     06-359 (GMS)

DELAWARE STATE POLICE
SERGEANT MARK DIJIACOMO, BECKY
BARRETT-TOOMEY, and ELLEN MELROSE

TO:(Name and address of defendant)

Becky Barrett-Toomey
5355 Library Road
Bethel Park, PA 15102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY(name and address)

Norman M. Monhait, Esquire (#1040)
Rosenthal, Monhait, & Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

12/15/06

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE *Jan. 19 - 2007* |
|---|---|
| NAME OF SERVER (PRINT) *Kevin J Gigliotti* | TITLE *Driver / Messenger Jet Messnger Service* |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *B Toomey*

_____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Jan 19 2007*
    Date

*Signature of Server*

*1710 Tustin St Pgh. Pa. 15 219*
Address of Server