IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
STACEY GALPERIN, MIRIAM ROCEK, :
HANNAH SHAFFER, HEIDI SHAFFER, :
and MARLENE DEVONSHIRE, as the :
Natural Guardian of MEGHAN DEVONSHIRE :
  :
    Plaintiffs, :
v. : Civil Action No. 06-359 (GMS)
  :
DELAWARE STATE POLICE :
SERGEANT MARK DIJIACOMO, BECKY : JURY TRIAL DEMANDED
BARRETT-TOOMEY, and ELLEN MELROSE, :
  :
    Defendants. :
---------------------------------------------------------------x

## NOTICE OF DEPOSITION

TO:    Ralph K. Durstein III, Esquire    Walter Nalducci, Esquire
    Deputy Attorney General    Cutruzzula & Nalducci
    Carvel State Office Building    3300 Grant Building
    820 N. French Street, 6th Floor    Pittsburgh, PA 15219
    Wilmington, Delaware 19801

    Becky Barrett-Toomey    Ellen Melrose
    5355 Library Road    1452 Beechwood Boulevard
    Bethel Park, PA 15102    Pittsburgh, PA 15217

**PLEASE TAKE NOTICE** that plaintiffs will take the deposition upon oral examination of Ellen Melrose on Wednesday, February 28, 2007 at 9:00 a.m. at the offices of Rosenthal, Monhait & Goddess, P.A., 919 Market Street, Suite 1401, Citizens Bank Center, Wilmington, Delaware 19801, before an officer authorized by law to administer oaths. Testimony shall be recorded by stenographic means.

    The deposition shall continue from day to day until completed. You are invited to attend and participate.

|  | ROSENTHAL, MONHAIT & GODDESS, P.A. |
|---|---|
|  | By: /s/ Norman M. Monhait |
|  | Norman M. Monhait (#1040) |
|  | 919 Market Street, Suite 1401 |
|  | Citizens Bank Center |
|  | P.O. Box 1070 |
|  | Wilmington, Delaware 19899-1070 |
|  | (302) 656-4433 |
|  | Email: nmonhait@rmgglaw.com |

HANGLEY ARONCHICK SEGAL & PUDLIN
Gordon A. Einhorn (Admitted *pro hac vice*)
Paul W. Kaufman (Admitted *pro hac vice*)
30 N. Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1004

OF COUNSEL:                    Attorneys for Plaintiffs

AMERICAN CIVIL LIBERTIES UNION
  OF PENNSYLVANIA
Mary Catherine Roper
P.O. Box 40008
Philadelphia, PA 19106

Witold Walczak
313 Atwood Street
Pittsburgh, PA 15213

Seith Kreiner
3400 Chestnut Street
Philadelphia, PA 19104

AMERICAN CIVIL LIBERTIES UNION
  OF DELAWARE
Julia Graff (#4708)
100 W. 10th Street, Suite 309
Wilmington, Delaware 19801


February 20, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February, 2007, a copy of **Notice Of Deposition Of Ellen Melrose** was served, by electronic filing, upon:

> Ralph K. Durstein III, Esquire
> Deputy Attorney General
> Carvel State Office Building
> 820 N. French Street, 6th Floor
> Wilmington, Delaware 19801

by facsimile and first class mail, postage prepaid, upon:

> Walter Nalducci, Esquire
> Cutruzzula & Nalducci
> 3300 Grant Building
> Pittsburgh, PA 15219

and by Federal Express, upon:

> Becky Barrett-Toomey
> 5355 Library Road
> Bethel Park, PA 15102
>
> Ellen Melrose
> 1452 Beechwood Boulevard
> Pittsburgh, PA 15217

_____
Norman M. Monhait (#1040)