**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STACEY GALPERIN,<br>MIRIAM ROCEK, HANNAH<br>SHAFFER, HEIDI SHAFFER,<br>and MARLENE DEVONSHIRE,<br>as the Natural Guardian of MD,<br>a minor | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C. A. No. 06-359-GMS |
| | ) | |
| DELAWARE STATE POLICE<br>SERGEANT MARK DIJIACOMO<br>and JANE DOE | )<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF DEPOSITION</u>**

TO:   Norman M. Monhait, Esq.          Julia Graff, Esq.
        Rosenthal, Monhait,                      ACLU
        Gross, & Goddess, P.A.              100 West 10th Street
        919 Market Street, Ste. 1401      Suite 309
        P.O. Box 1070                            Wilmington, DE  19801
        Wilmington, DE  19899

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of

Stacey Galperin on Friday, April 13, 2007 at 2:00 p.m. in the offices of the Attorney

General located at the Carvel State Building, 820 N. French Street, 6th floor, Wilmington,

DE 19801.  The depositions will be taken before a Notary Public or some other officer

duly authorized by law to administer oaths.   The deposition will be rendered

stenographically.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**


/s/ Ralph K. Durstein, III
Ralph K. Durstein, III  #912
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for Defendant Delaware State
Police Sergeant Mark DiJiacomo


Date:  April 9, 2007
Cc:  Wilcox & Fetzer (U.S. Mail)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STACEY GALPERIN, | ) | |
| MIRIAM ROCEK, HANNAH | ) | |
| SHAFFER, HEIDI SHAFFER, | ) | |
| and MARLENE DEVONSHIRE, | ) | |
| as the Natural Guardian of MD, | ) | |
| a minor | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-359-GMS |
| | ) | |
| DELAWARE STATE POLICE | ) | |
| SERGEANT MARK DIJIACOMO | ) | |
| and JANE DOE | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF MAILING AND/OR DELIVERY</u>**

The undersigned certifies that on April 9, 2007, he caused the attached Notice of

Deposition to be electronically filed with the Clerk of the Court using CM/ECF which

will send notification of such filing to the following:

Norman M. Monhait, Esq.     Julia Graff, Esq.
Rosethal, Monhait,       ACLU
Gross, & Goddess, P.A.      100 West 10th Street
919 Martket Street, Ste. 1401   Suite 309
P.O. Box 1070        Wilmington, DE  19801
Wilmington, DE  19899

             **STATE OF DELAWARE**
             **DEPARTMENT OF JUSTICE**
             <u>/s/ Ralph K. Durstein, III</u>
             Ralph K. Durstein, III  #912
             Deputy Attorney General
             Carvel State Building
             820 N. French Street, 6th Floor
             Wilmington, DE  19801
             (302) 577-8400
             Attorney for Defendant Delaware State
             Police Sergeant Mark DiJiacomo