IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, HEIDI SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MD, a minor<br><br>    Plaintiffs,<br><br>        v.<br><br>DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO and JANE DOE<br><br>    Defendants. | C. A. No. 06-359-GMS |

## NOTICE OF DEPOSITION

TO:  Norman M. Monhait, Esq.　　　　　　Julia Graff, Esq.
　　　 Rosenthal, Monhait,　　　　　　　　　ACLU
　　　 Gross, & Goddess, P.A.　　　　　　　100 West 10th Street
　　　 919 Market Street, Ste. 1401　　　　 Suite 309
　　　 P.O. Box 1070　　　　　　　　　　　Wilmington, DE 19801
　　　 Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Meghan Devonshire on Friday, April 13, 2007 at 3:30 p.m. in the offices of the Attorney General located at the Carvel State Building, 820 N. French Street, 6th floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be rendered stenographically.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

<u>/s/ Ralph K. Durstein, III</u>
Ralph K. Durstein, III  #912
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for Defendant Delaware State
Police Sergeant Mark DiJiacomo

Date:  April 9, 2007
Cc:  Wilcox & Fetzer (U.S. Mail)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, ) | |
| MIRIAM ROCEK, HANNAH ) | |
| SHAFFER, HEIDI SHAFFER, ) | |
| and MARLENE DEVONSHIRE, ) | |
| as the Natural Guardian of MD, ) | |
| a minor ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 06-359-GMS |
| ) | |
| DELAWARE STATE POLICE ) | |
| SERGEANT MARK DIJIACOMO ) | |
| and JANE DOE ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on April 9, 2007, he caused the attached Notice of Deposition to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Norman M. Monhait, Esq.
Rosethal, Monhait,
Gross, & Goddess, P.A.
919 Martket Street, Ste. 1401
P.O. Box 1070
Wilmington, DE  19899

Julia Graff, Esq.
ACLU
100 West 10th Street
Suite 309
Wilmington, DE  19801

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**
/s/ Ralph K. Durstein, III
Ralph K. Durstein, III  #912
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for Defendant Delaware State
Police Sergeant Mark DiJiacomo