IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
STACEY GALPERIN, MIRIAM ROCEK, :
HANNAH SHAFFER, HEIDI SHAFFER, :
and MARLENE DEVONSHIRE, as the :
Natural Guardian of MEGHAN DEVONSHIRE :
:
      Plaintiffs, :
v. : Civil Action No. 06-359 (GMS)
:
DELAWARE STATE POLICE :
SERGEANT MARK DIJIACOMO, BECKY : JURY TRIAL DEMANDED
BARRETT-TOOMEY, and ELLEN MELROSE, :
:
      Defendants. :
------------------------------------------------------------x

## NOTICE OF DEPOSITION

TO:    Ralph K. Durstein III, Esquire    Walter Nalducci, Esquire
         Deputy Attorney General          Cutruzzula & Nalducci
         Carvel State Office Building       3300 Grant Building
         820 N. French Street, 6th Floor    Pittsburgh, PA 15219
         Wilmington, Delaware 19801

      **PLEASE TAKE NOTICE** that plaintiffs will take the deposition upon oral examination of Delaware State Police Captain Nathaniel McQueen on Friday, April 13, 2007, at 10:00 a.m. at the offices of Attorney General, Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, Delaware 19801, before an officer authorized by law to administer oaths. Testimony shall be recorded by stenographic means.

      The deposition shall continue from day to day until completed. You are invited to attend and participate.

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
   Email: nmonhait@rmgglaw.com

HANGLEY ARONCHICK SEGAL & PUDLIN
Gordon A. Einhorn (Admitted *pro hac vice*)
Paul W. Kaufman (Admitted *pro hac vice*)
30 N. Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1004
   Attorneys for Plaintiffs

OF COUNSEL:

AMERICAN CIVIL LIBERTIES UNION
  OF PENNSYLVANIA
Mary Catherine Roper
P.O. Box 40008
Philadelphia, PA 19106

Witold Walczak
313 Atwood Street
Pittsburgh, PA 15213

Seith Kreiner
3400 Chestnut Street
Philadelphia, PA 19104

AMERICAN CIVIL LIBERTIES UNION
  OF DELAWARE
Julia Graff (#4708)
100 W. 10th Street, Suite 309
Wilmington, Delaware 19801


April 10, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of April, 2007, a copy of **Notice Of Deposition Of Delaware State Police Captain Nathaniel McQueen** was served, by electronic filing, upon:

>Ralph K. Durstein III, Esquire
>Deputy Attorney General
>Carvel State Office Building
>820 N. French Street, 6th Floor
>Wilmington, Delaware 19801
>
>Walter Nalducci, Esquire
>Cutruzzula & Nalducci
>3300 Grant Building
>Pittsburgh, PA 15219

_/s/ Norman M. Monhait_
Norman M. Monhait (#1040)