IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STACY GALPERIN, MIRIAN, ROCEK,
HANNAH SHAFFER, and MARLENE
DEVONSHIRE, as the Natural Guardian
Of MD, a Minor,

        Plaintiffs,

    v.                           Civil Action No.: 06-cv-359

DELAWARE STATE POLICE SERGEANT        JURY TRIAL DEMANDED
MARK DIJIACOMO, BECKY BARRETT-
TOOMEY, and ELLEN MELROSE,

        Defendants.

## **MOTION FOR ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Walter Nalducci, Esquire, Cutruzzula & Nalducci, 3300 Grant

Building, Pittsburgh, Pennsylvania 15219 to represent *Ellen Melrose and Becky Barrett-*

*Toomey* in this action.

Dated: April 12, 2007             **CAMPBELL & LEVINE, LLC**

                                Kathleen Campbell Davis (No. 4229)
                                800 N. King Street, Suite 300
                                Wilmington, DE 19801
                                (302) 426-1900
                                (302) 426-9947 (Fax)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, United States District Court for the Western District of Pennsylvania and U.S. Courts of Appeals for the Third Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: April 11, 2007

_____
Walter Nalducci, Esquire
Cutruzzula & Nalducci
3300 Grant Building
Pittsburgh, Pennsylvania 15219
(412) 391-4040
(412) 471-2650 (fax)

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: April _____, 2007

_____
United States District Court Judge

{DX0082601.1}