IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAN, ROCEK, HANNAH SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian Of MD, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, BECKY BARRETT-TOOMEY, and ELLEN MELORSE,<br><br>Defendants. | Civil Action No.: 06-cv-359<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Kathleen Campbell Davis, hereby certify that on May 23, 2007, Walter J. Nalducci, Esquire served a true and correct copy of the foregoing *Defendant, Ellen Melrose Reply to Plaintiffs' Document Requests*, upon the following by United States Mail, postage pre-paid:

| | |
|---|---|
| Ralph K. Durstein III, Esquire<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French St., 6th Floor<br>Wilmington, DE 19801 | Paul W. Kaufman, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103-6933 |

Date: May 23, 2007

_____
Kathleen Campbell Davis (DE #4229)

{D0086667.1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAN, ROCEK, HANNAH SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian Of MD, a Minor, | |
| Plaintiffs, | |
| v. | Civil Action No.: 06-cv-359 |
| DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, BECKY BARRETT-TOOMEY, and ELLEN MELORSE, | JURY TRIAL DEMANDED |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, hereby certify that on May 23, 2007, Walter J. Nalducci, Esquire served a true and correct copy of the foregoing *Notice of Service of Defendant, Ellen Melrose Reply to Plaintiffs' Document Requests*, upon the following by United States Mail, postage pre-paid:

| | |
|---|---|
| Ralph K. Durstein III, Esquire<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French St., 6th Floor<br>Wilmington, DE  19801 | Paul W. Kaufman, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103-6933 |

Date: May 23, 2007

                                                Kathleen Campbell Davis (DE #4229)