IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAN, ROCEK, HANNAH SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian Of MD, a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, BECKY BARRETT-TOOMEY, and ELLEN MELORSE, <br><br> Defendants. | Civil Action No.: 06-cv-359 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Kathleen Campbell Davis, hereby certify that on May 23, 2007, Walter J. Nalducci, Esquire served a true and correct copy of the foregoing *Defendant, Becky Barrett-Toomey's, Reply to Plaintiffs' Document Requests*, upon the following by United States Mail, postage pre-paid:

| | |
|---|---|
| Ralph K. Durstein III, Esquire <br> Deputy Attorney General <br> Carvel State Office Building <br> 820 N. French St., 6th Floor <br> Wilmington, DE 19801 | Paul W. Kaufman, Esquire <br> Hangley Aronchick Segal & Pudlin <br> One Logan Square <br> 18th & Cherry Streets <br> 27th Floor <br> Philadelphia, PA 19103-6933 |

Date: May 23, 2007

_____
Kathleen Campbell Davis (DE #4229)

{D0086668.1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STACEY GALPERIN, MIRIAN, ROCEK,
HANNAH SHAFFER, and MARLENE
DEVONSHIRE, as the Natural Guardian
Of MD, a Minor,

        Plaintiffs,

    v.                                    Civil Action No.:  06-cv-359

DELAWARE STATE POLICE SERGEANT      JURY TRIAL DEMANDED
MARK DIJIACOMO, BECKY BARRETT-
TOOMEY, and ELLEN MELORSE,

        Defendants.

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, hereby certify that on May 23, 2007, Walter J. Nalducci, Esquire served a true and correct copy of the foregoing *Notice of Service of Defendant, Becky Barrett-Toomey's, Reply to Plaintiffs' Document Requests*, upon the following by United States Mail, postage pre-paid:

| Ralph K. Durstein III, Esquire<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French St., 6th Floor<br>Wilmington, DE  19801 | Paul W. Kaufman, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103-6933 |
|---|---|

Date: May 23, 2007

                                            Kathleen Campbell Davis (DE #4229)

{D0086661.1 }