IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAN, ROCEK, HANNAH SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian Of MD, a Minor,<br><br>        Plaintiffs,<br><br>        v.<br><br>DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, BECKY BARRETT-TOOMEY, and ELLEN MELORSE,<br><br>        Defendants. | Civil Action No.: 06-cv-359<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Kathleen Campbell Davis, hereby certify that on May 29, 2007, Walter J. Nalducci, Esquire served a true and correct copy of the foregoing *Becky Barrett-Toomey And Ellen Melroses' Initial Disclosure Pursuant To Federal Rule Of Civil Procedure 26 (a)(1)*, upon the following by United States Mail, postage pre-paid:

| | |
|---|---|
| Ralph K. Durstein III, Esquire<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French St., 6th Floor<br>Wilmington, DE 19801 | Paul W. Kaufman, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103-6933 |

Date: May 29, 2007          /s/ Kathleen Campbell Davis
        Kathleen Campbell Davis (DE #4229)

{D0086913.1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STACEY GALPERIN, MIRIAN, ROCEK,
HANNAH SHAFFER, and MARLENE
DEVONSHIRE, as the Natural Guardian
Of MD, a Minor,

    Plaintiffs,

v.   Civil Action No.:  06-cv-359

DELAWARE STATE POLICE SERGEANT   JURY TRIAL DEMANDED
MARK DIJIACOMO, BECKY BARRETT-
TOOMEY, and ELLEN MELORSE,

    Defendants.

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, hereby certify that on May 29, 2007, Walter J. Nalducci, Esquire served a true and correct copy of the foregoing *Notice of Service of Defendant, Becky Barrett-Toomey And Ellen Melroses' Initial Disclosure Pursuant To Federal Rule Of Civil Procedure 26 (a)(1)*, upon the following by United States Mail, postage pre-paid:

| | |
|---|---|
| Ralph K. Durstein III, Esquire<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French St., 6th Floor<br>Wilmington, DE  19801 | Paul W. Kaufman, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103-6933 |

Date: May 29, 2007       /S/ Kathleen Campbell Davis
                                  Kathleen Campbell Davis (DE #4229)

{D0086912.1 }