IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, et al, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 06-cv-359 (GMS) |
| DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, et al, | : JURY TRIAL DEMANDED |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Plaintiffs and defendants Ellen Melrose and Becky Barrett-Toomey having settled their disputes, it is hereby STIPULATED AND AGREED by and between Plaintiffs and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1) and as a part of the settlement reached in the above-captioned action, that defendants Becky Barrett-Toomey and Ellen Melrose are hereby **DISMISSED** from the above-captioned action **WITH PREJUDICE**.

This Stipulation of Dismissal shall be filed of Record.

CAMPBELL & LEVINE

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (ID No. 4229)
800 North King Street, Suite 300
Wilmington, DE 19801

ROSENTHAL, MONHAIT, & GODDESS, P.A.

*/s/ Norman M. Monhait*
Norman M. Monhait (ID No. 1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899

STATE OF DELAWARE DEPARTMENT OF JUSTICE

*/s/ Ralph K. Durstein III*
Ralph K. Durstein, III (ID No. 912)
Deputy Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801