IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MD, a minor <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, BECKY BARRETT-TOOMEY, and ELLEN MELROSE <br> Defendants. | Civil Action No.: 06-cv-359 (GMS) <br><br> JURY TRIAL DEMANDED |

## STIPULATED ORDER OF DISMISSAL

Plaintiffs and Defendant DiJiacomo having settled their disputes and memorialized that settlement in a Settlement Agreement signed by counsel on June 25, 2007, it is hereby stipulated by the parties and **ORDERED** by the Court that:

1. Plaintiffs and Defendant shall execute the obligations set forth in the Settlement Agreement, the terms of which are incorporated herein by reference.

2. Plaintiffs' claims against Defendant DiJiacomo are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b)(2).

3. Judge Thynge of this Court shall retain jurisdiction over the case until December 31, 2007, for purposes of enforcement of the Settlement Agreement.

4. Plaintiffs having previously dismissed their claims against the remaining Defendants, this case is **CLOSED**.

For Plaintiffs:

*/s/ Norman M. Monhait*
Norman M. Monhait (Attorney ID No. 1040)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899


*/s/ Ralph K. Durstein III*
Ralph K. Durstein III (Attorney ID No. 912)
Deputy Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

**SO ORDERED:**

Dated: _____    _____
                          The Honorable Gregory M. Sleet,
                          United States District Judge