IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C. A. No. 06-359-GMS |
| DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, et al. | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court having held a teleconference on December 20, 2007 with counsel for the plaintiffs and counsel for Sgt. DiJiacomo for the purpose of discussing recent correspondence from counsel regarding the settlement agreement in this case, IT IS HEREBY ORDERED THAT the Court's supervisory jurisdiction to enforce settlement in this matter is extended beyond December 31, 2007 in order that a hearing may be held on ~~January~~ *February* 7, 2008 at *11:30 a.m.* for the purpose of determining whether sanctions should be imposed, to the extent the Court finds that the defendant has failed to fully comply with the terms of the settlement agreement. Each party shall submit proposed findings of fact and conclusions of law no later than *taking* five days before the hearing. In the event that the parties are able to amicably resolve the remaining disputes in this case prior to the hearing, a further order will be issued, dismissing the case, with prejudice.

Hon. Mary Pat Thynge
United States Magistrate Judge