## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STACEY GALPERIN, MIRIAM ROCEK, HANNAH SHAFFER, and MARLENE DEVONSHIRE, as the Natural Guardian of MD, a minor** | : <br> : <br> : <br> : <br> : <br> : <br> : |
| **Plaintiffs,** | : <br> : |
| v. | : **Civil Action No.: 06-cv-359 (GMS)** <br> : |
| **DELAWARE STATE POLICE SERGEANT MARK DIJIACOMO, BECKY BARRETT-TOOMEY, and ELLEN MELROSE** <br> **Defendants.** | : **JURY TRIAL DEMANDED** <br> : <br> : <br> : <br> : |

### NOTICE OF SUBSTITUTION OF PROPOSED ORDER

Plaintiffs hereby withdraw their Proposed Order submitted December 27, 2007 and the parties agree to substitute the Proposed Order submitted by Counsel for Defendant, which was signed by the Court on January 9, 2008.

Respectfully submitted,

*/s/ Norman M. Monhait*
Norman M. Monhait (Attorney ID
No. 1040)
ROSENTHAL, MONHAIT & GODDESS,
P.A.
919 Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899

*Attorney for Plaintiffs*

Dated: January 17, 2008

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on the 17th day of January, 2008, a copy of the **Notice**

**Of Substitution Of Proposed Order** was served, by electronic filing, upon:


        Ralph K. Durstein III, Esquire
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, Delaware 19801

        Walter Nalducci, Esquire
        Cutruzzula & Nalducci
        3300 Grant Building
        Pittsburgh, PA 15219


Norman M. Monhait (#1040)