## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY GALPERIN, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-359-GMS |
| : | |
| DELAWARE STATE POLICE, et al., : | |
| : | |
| Defendants. : | |

### **ORDER**

At Wilmington, this **25th** day of **January, 2008.**

IT IS ORDERED that the hearing scheduled for Thursday, February 7, 2008 at 11:30 a.m. with Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE